**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02017-STV

MELANIE P. BARR,

      Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY,

      Defendant.

---

**ORDER SETTING DEADLINE FOR FILING ELECTION CONCERNING
CONSENT/NON-CONSENT TO MAGISTRATE JURISDICTION FORM AND SETTING
SCHEDULING CONFERENCE**

---

Entered By Magistrate Judge Scott T. Varholak

      This case has been directly assigned to Magistrate Judge Scott T. Varholak pursuant to D.C.COLO.LCivR 40.1(c). [#2]

      **IT IS ORDERED**:

      1.     Pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, on or before **September 5, 2024**.

      2.     Pursuant to Fed. R. Civ. P. 16(b) and Local Civil Rule 16.1, the Court shall hold a scheduling conference on:

**September 19, 2024 at 9:45 AM**

in Courtroom A-402, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).  If this date is not convenient for any party, the parties should either confer and file a motion or jointly call Chambers at 303.335.2365 to reschedule the scheduling conference to a more convenient date.

3.   At least **21 days** in advance of the scheduling conference, the parties shall meet and confer regarding the issues identified in the template Civil Case Scheduling Order in an ERISA Action, available on the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.  All parties are jointly responsible for arranging and attending the conferral.

4.   On or before **September 12,  2024**, the parties shall file a joint proposed scheduling order, utilizing the template Civil Case Scheduling Order in an ERISA Action, available on the court's website as appropriate.  Pursuant to D.C.COLO.LCivR 16.1, plaintiff shall be responsible for filing the proposed scheduling order, except in cases removed to this court, in which cases the party who removed the case shall file the proposed scheduling order.  The proposed scheduling order shall be submitted electronically pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.1.

DATED: July 23, 2024                           BY THE COURT:

                                              s/Scott T. Varholak_____
                                              United States Magistrate Judge