# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02017-SKC-STV

MELANIE P. BARR,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY,

    Defendant.

## SCHEDULING ORDER

The parties submit the following scheduling order this case under 29 U.S.C. § 1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA").

**1.  Jurisdiction.**  The parties agree that ERISA governs this case.  The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132(e)(1) & 1132(f).  Venue is proper before the Court pursuant to 28 U.S.C. § 1391(a) & (b) and 29 U.S.C. §1132(e)(2).

**2.  Consent.**  All parties have not consented to the exercise of jurisdiction of a Magistrate Judge.

**3.  Scheduling Conference.**  The Scheduling Conference may be vacated provided the parties file at least seven (7) days in advance of the Conference a joint motion attaching their proposed ERISA Scheduling Order and requesting the Court vacate the Scheduling Conference.

**4.  Standard of Review.**  *Insert whichever one of the following statements is appropriate.*

- *The parties agree that the Court will decide the case under the de novo standard of review.* **The parties conferred on October 10, 2024 and agree discovery is not anticipated.**

- *The parties disagree over the applicable standard of review, but agree that they do not need discovery and they will brief the issues regarding the applicable standard of review in connection with the briefing of the merits.*

- *The parties disagree over the applicable standard of review, and believe that the Court should decide the applicable standard of review before the briefing of the merits. The parties propose the following briefing schedule for the determination of the standard of review:*

    *Plaintiff's Opening Brief on Standard of Review*      _N/A_____

    *Defendant's Response Brief on Standard of Review*  _N/A_____

    *Plaintiff's Reply Brief on Standard of Review*         _N/A_____

**5.     Discovery.**  Unless the parties have indicated in section 4 above that they do not need discovery, they may serve discovery requests consistent with the principles that the Tenth Circuit has established in *Murphy v. Deloitte & Touche Group Ins. Plan*, 619 F.3d 1151, 1162 (10th Cir. 2010) (arbitrary and capricious standard of review); *Jewell v. Life Ins. Co. of N. Am.*, 508 F.3d 1303 (10th Cir. 2010), *cert. denied*, 553 U.S. 1079 (2008) (*de novo* standard of review). If the parties disagree over the permissibility of any discovery request, they will attempt to resolve the dispute by conferring pursuant to D.C.COLO.LCivR 7.1.A.  If the parties cannot resolve their dispute, the parties then will bring the dispute before the Court for resolution.  The deadline for submission of any motion regarding discovery is: ___N/A___.  This provision is not

intended to alter any judicial officer's practice standards regarding the filing of discovery motions.

      **6.**    **Settlement.**  The parties certify that, as required by Fed. R. Civ. P. 26(f), they have discussed the possibilities for a prompt settlement or resolution of the case by alternate dispute resolution.  The Court directs the parties to file a status report concerning settlement five business days prior to the deadline for filing the opening brief on the merits.

      **7.**    **Proposed Schedule.**  The parties propose the following schedule in this case:

(a)    **December 2, 2024**   Defendant produces bates stamped administrative record to Plaintiff.

(b)    **N/A**    Discovery cut off.

(c)    **January 25, 2025**   Deadline for motion to supplement the administrative record.

(d)    **February 21, 2025**   Defendant submits copy of the administrative record to the Court.

(e)    **April 21, 2025**   Plaintiff's opening brief on the merits.

(f)    **May 30, 2025**   Defendant's response brief on the merits.

(g)    **June 20, 2025**   Plaintiff's reply brief on the merits.

(h)    **June 27, 2025**   Joint Motion for Determination.

      DATED this _18_ day of _____October_____, 2024__.

                                                                 BY THE COURT:

                                                       Hon. Scott T. Varholak
                                                       United States Magistrate Judge

APPROVED AS TO FORM.

Respectfully submitted this 16th day of October, 2024.

| | |
|---|---|
| *s/Thomas A. Bulger, Esq.* | *s/Christopher Leopold* |
| Thomas A. Bulger, Esq. | Ryan M. Sugden |
| Silvern & Bulger, P.C. | STINSON LLP |
| 363 South Harlan Street, Suite 205 | 1144 Fifteenth Street, Suite 2400 |
| Lakewood, CO 80226 | Denver, CO 80202 |
| (303) 292-0044 (T) / (303) 292-1466 (F) | 303.376.8405 (T) / 303.578.7985 (F) |
| counsel@silvernbulger.com | ryan.sugden@stinson.com |
| | |
| *Attorneys for Plaintiff* | Christopher J. Leopold |
| | STINSON LLP |
| | 1201 Walnut, Suite 2900 |
| | Kansas City, MO 64106 |
| | 816.691.3253 (T) / 816.412.1243 (F) |
| | chris.leopold@stinson.com |
| | |
| | *Attorneys for Defendant* |