# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02017-SKC-STV

MELANIE P. BARR,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY,

    Defendant.

---

## STIPULATED MOTION TO RESTRICT ACCESS TO ADMINISTRATIVE RECORD

---

Pursuant to D.C.COLO.LCivR 7.2, Defendant UnitedHealthcare Insurance Company moves the Court for permission to restrict access to the administrative record, filed at ECF No. 26, at Level 1. In support, Defendant states the following:

1. This case involves a claim for "benefits due" under a "welfare benefit plan," as that term is defined in the Employee Retirement Income Security Act of 1974 ("ERISA").

2. The Court, in the Scheduling Order, ordered Defendant to submit the administrative record ("AR") to the Court. (ECF No. 20 at 3.)

3. The AR in this case is voluminous, composed of 4,562 pages. Defendant has filed the AR at ECF No. 26.

4. Numerous confidential, personal identifiers of Plaintiff are contained in the AR. Given the size and complexity of the AR, it is not feasible to redact all personal identifiers before filing.

Case No. 1:24-cv-02017-SKC-STV    Document 27    filed 02/26/25    USDC Colorado
pg 2 of 2

5.       Additionally, Defendant gathered numerous confidential medical records as part of the investigation of the claim, which are contained in the AR. While much of the information is relevant to Plaintiff's claims and at issue in the litigation, there necessarily are some records that are not related and/or contain confidential medical information that is not relevant to the claim and/or not at issue. Again, it is impractical to make redactions to the AR to remove that information.

6.       Counsel for Plaintiff agrees with designating the AR as Level 1 of restricted access.

7.       Filing the documents under restricted access Level 1 will not prevent the Court and the parties from referring the relevant documents and information in briefing and any decision by the Court. However, it will protect from disclosure of Plaintiff's personal identifiers and other confidential medical information.

Accordingly, Defendant requests permission to file the AR (ECF No. 26) at restricted access Level 1.

Respectfully submitted February 26, 2025.

*s/Ryan M. Sugden*
Ryan M. Sugden
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
303.376.8405 (T) / 303.578.7985 (F)
ryan.sugden@stinson.com

*Attorneys for Defendant*