# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02017-SKC-STV

MELANIE P. BARR

    Plaintiff,

vs.

UNITEDHEALTHCARE INSURANCE COMPANY,

    Defendant.

---

## STATUS REPORT REGARDING SETTLEMENT

---

    COMES NOW the Plaintiff, Melanie Barr, and the Defendant, UnitedHealthcare Insurance Company, by and through their undersigned counsel, and respectfully submits this Joint Statue Report Regarding Settlement as follows.

    The parties engaged in settlement discussions, including two mediation sessions with Judge Weishaupl. However, no resolution has been reached at this time.

    Respectfully submitted this 21st day of July, 2025.

*/s/ Thomas A. Bulger*

Thomas A. Bulger
Silvern & Bulger, P.C.
363 South Harlan Street, Suite 205
Lakewood, Colorado 80226
(303) 292-0044
Facsimile (303) 292-1466
counsel@silvernbulger.com

*/s/ Christopher J. Leopold*

Christopher J. Leopold
Stinson LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
(816) 691-3253
Facsimile: (816) 412-1243
chris.leopold@stinson.com

                                            */s/Ryan M. Sugden*

                                            Ryan M. Sugden
                                            Stinson LLP
                                            1144 Fifteenth Street, Suite 2400
                                            Denver, Colorado 80202
                                            (303) 376-8405
                                            Facsimile: (303) 578-7985
                                            ryan.sugden@stinson.com

ATTORNEYS FOR PLAINTIFF                        ATTORNEYS FOR DEFENDANT